### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES B. HORNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2352-JWL |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their respective counsel, and hereby stipulate that the above-captioned matter has been resolved and shall be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

**YERETSKY & MAHER, L.L.C.**

By: ___/s/ Michael A. Preston___
James M. Yeretsky      KS#12355
Gregory F. Maher       KS#11061
Michael A. Preston     KS#10463
7200 W. 132nd Street, Suite 330
Overland Park, KS 66213
Telephone: (913) 897-5813
Facsimile: (913) 897-6468
**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

2

                     **HUBBELL, PEAK, O'NEAL, NAPIER & LEACH**

                     By:   /s/ Jarrett A. Johnson
                         Jarrett A. Johnson          KS#78021
                     30 West Pershing Road, Suite 350
                     Kansas City, MO  64108
                     Telephone: (816) 221-5666
                     Facsimile:  (816) 221-5259
                     **ATTORNEYS FOR PLAINTIFF**

595/pldgs/stipulation of dismissal